Approved.
/s/ *Benita Y. Pearson* on 4/27/2017
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN JAVORSKY | : | Case No. 4:16-cv-02387 |
| Plaintiff, | : | Judge Benita Y. Pearson |
| v. | : | |
| JPMORGAN CHASE BANK, N.A., | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come Plaintiff Sean Javorsky ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), each by and through counsel, and pursuant to Civil Rule 41(a)(1)(A)(ii) hereby jointly file this stipulation dismissing Plaintiff's Complaint with prejudice to re-filing. Each party to bear its own court costs.

Respectfully submitted,

/s/ Nelson M. Reid                         /s/ Philip D. Zuzolo
Nelson M. Reid      (0068434)              Philip D. Zuzolo      (0081865)
Bricker & Eckler LLP                       Zuzolo Law Offices, LLC
100 South Third Street                     700 Youngstown-Warren Road
Columbus, Ohio  43215                      Niles, Ohio 44446
Telephone: (614) 227-2300                  Telephone: (330) 652-1609
Facsimile:  (614) 227-2390                 Facsimile:  (330) 652-9421
nreid@bricker.com                          Lawyers@Zuzolo.com
Counsel for Defendant                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of April, 2017, a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically through the Court's Electronic Filing System.

                                                     /s/ Philip D. Zuzolo
                                                   Philip D. Zuzolo    (0081865)